AJ KUTCHINS
State Bar No. 102322
PO Box 5138
Berkeley, California 94705
(510) 841-5635
*fax*: (510) 841-8115
*e-mail*: ajkutchins@earthlink.net

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MUHAMMAD HAROON ALI,**

    **Petitioner,**

    vs.                                                                                                           No. C-05-05243 PJH (PR)

**RODERICK Q. HICKMAN, et al.,**

    **Respondents.**
_____/

**[CORRECTED] STIPULATION AND ORDER REGARDING ENLARGEMENT OF TIME WITHIN WHICH TO FILE TRAVERSE**

The parties in the above-captioned action hereby stipulate that the time for filing Petitioner's Traverse, which is now due on or before August 22, 2006, may be extended to September 22, 2006.

Dated: August 17, 2006                            _____/S/_____
                                                               AJ KUTCHINS
                                                               Attorney for the Petitioner

Dated: August 17, 2006                            _____/S/_____
                                                               ROSS C. MOODY
                                                               Deputy Attorney General
                                                               Attorney for the Respondents

Good cause appearing therefor, it is hereby ordered that the time for filing Appellant's Traverse shall be and is extended to September 22, 2006.

Dated: 8/21/06 _____                          _____
                                                              HON. PHYLLIS J. HAMILTON
                                                               United States District

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

[Corrected] Stip. & Order Extending Time for Traverse

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: August 17, 2006                    _____/S/_____
                                          AJ KUTCHINS
                                          Attorney for the Petitioner