1  AJ KUTCHINS
   State Bar No. 102322
2  PO Box 5138
   Berkeley, California  94705
3  (510) 841-5635
   *fax*: (510) 841-8115
4  *e-mail*: ajkutchins@earthlink.net

5  Attorney for Petitioner

6              UNITED STATES DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8
   **MUHAMMAD HAROON ALI,**
9
           **Petitioner,**
10
       **vs.**                    **No. C-05-05243 PJH (PR)**
11
   **RODERICK Q. HICKMAN, et al.,**
12
           **Respondents.**
13  _____/

14
       **STIPULATION AND ORDER REGARDING FURTHER ENLARGEMENT**
15           **OF TIME WITHIN WHICH TO FILE TRAVERSE**

16      The parties in the above-captioned action hereby stipulate that the time for filing

17  Petitioner's Traverse, which is now due on or before September 22, 2006, may be extended

18  to October 6, 2006.

19  Dated: September 19, 2006          _____/S/_____
                                       AJ KUTCHINS
20                                     Attorney for the Petitioner

21  Dated: September 19. 2006          _____/S/_____
                                       ROSS C. MOODY
22                                     Deputy Attorney General
                                       Attorney for the Respondents
23

24      Good cause appearing therefor, it is hereby ordered that the time for filing Appellant's

25  Traverse shall be and is extended to October 6, 2006.

26

27  Dated: __9/21/06_____          _____
                                       HON. PHYLLIS J. HAMILTON
28                                     United States District Judge

Stip. & Order Further Extending Time for Traverse

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: September 19, 2006                     _____/S/_____
                                                                  AJ KUTCHINS
                                                                  Attorney for the Petitioner