AJ KUTCHINS
State Bar No. 102322
PO Box 5138
Berkeley, California  94705
(510) 841-5635
*fax*: (510) 841-8115
*e-mail*: ajkutchins@earthlink.net

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MUHAMMAD HAROON ALI,**

    **Petitioner,**

    vs.                                                  No. C-05-05243 PJH (PR)

**RODERICK Q. HICKMAN, et al.,**

    **Respondents.**
_____/

**STIPULATION AND ORDER REGARDING FURTHER ENLARGEMENT
OF TIME WITHIN WHICH TO FILE TRAVERSE**

The parties in the above-captioned action hereby stipulate that the time for filing Petitioner's Traverse, which is now due on or before October 6. 2006, may be extended to October 13, 2006.

Dated: October 4, 2006                             _____/S/_____
                                                AJ KUTCHINS
                                                Attorney for the Petitioner

Dated: October 4, 2006                             _____/S/_____
                                                ROSS C. MOODY
                                                Deputy Attorney General
                                                Attorney for the Respondents

Good cause appearing therefor, it is hereby ordered that the time for filing Appellant's Traverse shall be and is extended to October 13, 2006.

Dated: __10/5/06_____                     _____
                                                HON. PHYLLIS J. HAMILTON
                                                United States District

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton

1
2

**SIGNATURE ATTESTATION**

3   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
4   "conformed" signature (/S/) within this e-filed document.

5
6   Dated: October 4, 2006                                  _____/S/_____
                                                            AJ KUTCHINS
7                                                           Attorney for the Petitioner

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28