UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMMED HAROON ALI,

    Petitioner,

    v.

RODERICK Q. HICKMAN, Director,
California Department of Corrections,

    Respondent.
_____/

No. C 05-5243 PJH

**JUDGMENT**

Pursuant to the order denying Ali's federal habeas petition under 28 U.S.C. § 2254 signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 24, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge