UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUHAMMED HAROON ALI,

      Petitioner,

      v.

RODERICK Q. HICKMAN, WARDEN,

      Respondent.
_____/

No. C 05-5243 PJH

**ORDER GRANTING IN PART AND DENYING IN PART CERTIFICATE OF APPEALABILITY**

      This is a habeas case under 28 U.S.C. § 2254 filed by a state prisoner. On August 24, 2007, this court denied Ali's petition on the merits. Ali filed a notice of appeal on September 20, 2007, which this court will also treat as a request for a certificate of appealability ("COA").

      To obtain a COA, Ali must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward. "The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Section 2253(c)(3) requires a court granting a COA to indicate which issues satisfy the COA standard. Here, the court finds that three of the five issues presented by Ali in his petition meet the above standard and accordingly GRANTS the COA as to those issues only. *See generally Miller-El v.*

*Cockrell*, 537 U.S. 322 (2003). The issues for which the court grants the COA include Ali's claims:

1) that his constitutional rights were violated by the prosecutor's racially discriminatory use of peremptory challenges;

2) that the trial court's manslaughter jury instruction violated his due process and fair trial rights; and

3) that trial counsel was ineffective in failing to object to the trial court's manslaughter jury instruction and the prosecution's related closing argument.

The court, however, DENIES a COA as to the two remaining claims concerning the introduction of propensity evidence and the jury instruction governing propensity evidence.

Accordingly, the clerk shall forward the file, including a copy of this order, to the Court of Appeals. *See* Fed. R. App. P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

Ali's accompanying application to proceed on appeal in forma pauperis is DENIED without prejudice pending Ali's submission of documents establishing that he is entitled to proceed as such.

**IT IS SO ORDERED.**

Dated: September 21, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

- 2 -