UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUHAMMED HAROON ALI,

    Petitioner,

No. C 05-5243 PJH

**ORDER RE MOTION TO APPOINT COUNSEL ON APPEAL**

RODERICK Q. HICKMAN, WARDEN,

    Respondent.
_____/

    This is a habeas case under 28 U.S.C. § 2254 filed by a state prisoner. On August 24, 2007, this court denied Ali's petition on the merits. Ali subsequently filed a motion to appoint counsel on appeal after this court granted a certificate of appealability ("COA"). The court is in receipt of Ali's counsel's November 28 and 30, 2007 letters regarding the status of Ali's motion. Given that this court lacks jurisdiction since the appeal is currently pending, the court declines to rule on Ali's motion to appoint counsel on appeal. Ali should re-file his motion for appointment of counsel with the Ninth Circuit if he so desires.

    **IT IS SO ORDERED.**

Dated: December 5, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge