UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMMED HAROON ALI,

    Petitioner,

        v.

RODERICK Q. HICKMAN, WARDEN,

    Respondent.

_____/

No. C 05-5243 PJH

**ORDER GRANTING CONDITIONAL WRIT OF HABEAS CORPUS**

    This habeas case filed under 28 U.S.C. § 2254 was remanded to the court by the Ninth Circuit on July 7, 2009, in an opinion subsequently amended on October 23, 2009, with instructions that this court grant petitioner conditional habeas relief. Mandate issued on April 13, 2010.

    In accordance with the Ninth Circuit's October 23, 2009 order, the court GRANTS Ali conditional habeas relief and vacates Ali's conviction. The respondent shall release petitioner from custody unless the state commences proceedings to retry petitioner within 120 days of the date of entry of this order.

    The clerk shall send an informational copy of this order to the district attorney of Santa Mateo County, in addition to the usual service on counsel of record.

**IT IS SO ORDERED.**

Dated: April 20, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge